# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   CONNIE POWER LOVE                        §
                                                  §   Case No.: 11-09922
                                                  §
         Debtor(s)                                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/10/2011.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/18/2011.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 5

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: NA

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
==========================================================================
 Receipts:
         Total paid by or on behalf of the debtor         $            .00
         Less amount refunded to debtor                   $            .00
 NET RECEIPTS                                             $            .00
==========================================================================


==========================================================================
 Expenses of Administration:

         Attorney's Fees Paid through the Plan            $            .00
         Court Costs                                      $            .00
         Trustee  Expenses and Compensation               $            .00
         Other                                            $            .00

 TOTAL EXPENSES OF ADMINISTRATION                         $            .00

 Attorney fees paid and disclosed by debtor              $        800.00
==========================================================================


==========================================================================
 Scheduled Creditors:

 Creditor              Claim          Claim          Claim       Principal          Int.
  Name         Class   Scheduled      Asserted       Allowed     Paid               Paid

 DISCOVER FINANCIAL S  UNSECURED    9,000.00     15,166.76      15,166.76        .00         .00
 SECURITY CREDIT SERV  UNSECURED      200.00      5,405.89       5,405.89        .00         .00
 SECURITY CREDIT SERV  UNSECURED           NA     5,610.35            .00        .00         .00
 MIDLAND MORTGAGE CO   SECURED    110,000.00           .00            .00        .00         .00
 MIDLAND MORTGAGE CO   UNSECURED  141,461.00            NA             NA        .00         .00
 MIDLAND MORTGAGE CO   SECURED          .00     36,805.77      36,805.77        .00         .00
 SECOND CITY CONSTRUC  SECURED     9,000.00      5,693.78            .00        .00         .00
 SECOND CITY CONSTRUC  UNSECURED   9,000.00            NA             NA        .00         .00
 SOUTH CENTAL BANK &   SECURED    21,000.00           .00            .00        .00         .00
 SOUTH CENTAL BANK &   UNSECURED  21,000.00            NA             NA        .00         .00
 ACB AMERICAN INC      UNSECURED     200.00            NA             NA        .00         .00
 ASSET MANAGEMENT PRO  UNSECURED     200.00            NA             NA        .00         .00
 AT & T BANKRUPTCY     UNSECURED     260.00            NA             NA        .00         .00
 CAC FINANCIAL GROUP   UNSECURED     200.00            NA             NA        .00         .00
 CHLD/CBSD             UNSECURED     200.00            NA             NA        .00         .00
 DIRECT TV             UNSECURED     150.00            NA             NA        .00         .00
 FIRSTSOURCE ADVANTAG  UNSECURED     150.00            NA             NA        .00         .00
 GC SERVICES           UNSECURED     300.00            NA             NA        .00         .00
 GALVEZ SYSTEM         UNSECURED     200.00            NA             NA        .00         .00
 DEPT STORES NATIONAL  UNSECURED     250.00      4,363.16       4,363.16        .00         .00
 OXFORD COLLECTION SE  UNSECURED     250.00            NA             NA        .00         .00
 PEOPLES GAS LIGHT &   UNSECURED   1,523.00            NA             NA        .00         .00
 RAB INC               UNSECURED     200.00            NA             NA        .00         .00
==========================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| REDLINE RECOVERY | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 500.00 | 1,301.69 | 1,301.69 | .00 | .00 |
| AUGDUY GILBERT | OTHER | .00 | NA | NA | .00 | .00 |
| MANETTA DAVIDSON | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 6,473.26 | 6,473.26 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | NA | 3,891.73 | 3,891.73 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 3,327.87 | 3,327.87 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | NA | 1,754.17 | 1,754.17 | .00 | .00 |
| MIDFIRST BANK | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 36,805.77 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 36,805.77 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 41,684.53 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   08/10/2011                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**